Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Margaret Meltzer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Margaret Meltzer,<br><br>            Plaintiff,<br><br>       v.<br><br>The Hartford Life and Accident Insurance Company,<br><br>            Defendants. | Case No.  2:15-CV-00993-GMS<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

    RESPECTFULLY SUBMITTED this 30th day of December, 2015.

                          By:   */s/ Scott E. Davis*
                                 Scott E. Davis
                                 Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina Holmstrom, Esq.
Lewis, Roca, Rothgerber
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004

By: *Lisa L. Martinez*
An employee of Scott E. Davis