1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Meltzer, | No. CV-15-00993-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Life and Accident Insurance Company, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the parties' Stipulated Motion to Dismiss Case With Prejudice (Doc. 24), with each side to bear its own attorneys' fees and costs.

Dated this 3rd day of February, 2016.

Honorable G. Murray Snow
United States District Judge